AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF    NEVADA

JEFFREY D. CHURCH,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:  3:12-CV-0601-RCJ-VPC

CITY OF RENO, et al.,

    Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (ECF No. 17) is GRANTED.

April 26, 2013                          **LANCE S. WILSON**
                                                Clerk

                                                /s/ J. Cotter
                                                Deputy Clerk